

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2021

No. 04-21-00236-CR

**EX PARTE MICHAEL PAUL**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1544-CR-A
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellant's brief was due on September 6, 2021. On September 22, 2021, after no brief or motion for extension of time to file the brief was filed, we ordered Appellant to file the brief or a motion to dismiss by October 4, 2021. We warned Appellant that if he did not comply with our order, we would abate this appeal and remand the cause to the trial court for an abandonment hearing. To date, Appellant has not filed the brief or a further motion for extension of time to file the brief.

We ABATE this appeal and REMAND the cause to the trial court. *See* TEX. R. APP. P. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.). We ORDER the trial court to conduct a hearing in compliance with Rule 38.8(b) to answer the following questions:

(1)     Does Appellant desire to prosecute his appeal?

(2)     Though Appellant is not entitled to appointed counsel in a habeas appeal, do the interests of justice require it in this case?

*See* TEX. R. APP. P. 38.8(b).

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, not later than THIRTY DAYS from the date of this order, which shall include the following: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. *See id.* This court will consider the supplemental records in its determination as to whether to proceed without briefs. *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d at 53.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court